UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC V. GOLDEN, : | |
| : | |
| Plaintiff, : | Civ. No. 14-4972 (RBK) (AMD) |
| : | |
| v. : | |
| : | **MEMORANDUM AND ORDER** |
| BURLINGTON COUNTY PROSECUTORS : | |
| OFFICE, et al., : | |
| : | |
| Defendants. : | |

Plaintiff filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983, while he was incarcerated at the South Woods State Prison in Bridgeton, New Jersey. Previously, this Court granted plaintiff's application to proceed *in forma pauperis* so that the complaint could be screened pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) in due course. Nevertheless, it has come to the attention of the Court that plaintiff has since been released from incarceration as of December 16, 2015. *See https://www20.state.nj.us/DOC_Inmate/details?x=1298899&n=0* (last visited on January 14, 2016).

As of today's date, plaintiff has not updated the Court with his new address in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case.

2

Accordingly, IT IS this   19th   day of January, 2016,

**ORDERED** that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for plaintiff's failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
